IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MIKE RUTLEDGE                                                                                    PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:23-cv-00281-TBM-RPM

UNKNOWN WOODALL                                                                            DEFENDANT

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for Plaintiff Mike Rutledge's failure to provide a valid address for service of process.

**SO ORDERED AND ADJUDGED**, this the 4th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TAYLOR B. McNEEL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE